141 So. 859

**STATE of Louisiana v. Willard BRYANT.**
No. 31794.

April 25, 1932.

Rehearing Denied May 23, 1932.

Percy Saint, Atty. Gen., J. U. Galloway, Dist. Atty., of Shreveport, and James O'Niell, Sp. Asst. to the Atty. Gen., for the State.

OVERTON, J.

Defendant was convicted of breaking and entering in the nighttime a church building, occupied by the King's Highway Christian Church, with the intent to steal, and was duly sentenced to the penitentiary for one year. The record presents no bill of exception, no error appears upon the face of the record, and defendant has made no appearance by brief or otherwise.

No error appearing, the verdict and the sentence are affirmed.